**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
maria@lagomarsinolaw.com
*Attorneys for Plaintiff Odale*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KAREN ODALE, an individual;

Plaintiff,

vs.

CHRISTOPHER D. DAY, individually; CANDACE C. CHAMBERS, individually; ALIZABETH L. VASQUEZ, individually; DOE CORRECTIONAL OFFICERS I through X, individually;

Defendants.

CASE NO.: 2:25-cv-01984-APG-NJK

**STIPULATION AND ORDER TO EXTEND THE DUE DATE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to LR IA 6-1, the parties, by and through their respective counsels of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's response to Defendants' Motion to Dismiss (ECF No. 15) (the "MTD") in the above-captioned case.

Plaintiff requests a three-week extension of the deadline to file her response to the MTD, making the new deadline February 16, 2026.

Plaintiff's counsel is presently addressing significant discovery disputes in a separate action that has required extensive, court-mandated meet-and-confer efforts. In that matter, the opposing party's refusal to produce responsive discovery and persistent discovery misconduct has necessitated multiple prolonged meet and confer conferences, with some spanning up to three (3) hours and multiple issues remaining unresolved despite good-faith efforts by Plaintiffs' counsel to narrow disputes.

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065

Based on Defendant's continued noncompliance, counsel anticipates filing no fewer than three (3) separate motions to compel by Febaruary 16, each addressing distinct categories of withheld or inadequately produced discovery. In addition, due to the volume and scope of Plaintiffs' discovery requests and Defendant's rolling objections, additional meet and confer conferences will be required. These obligations have demanded substantial and unforeseen attorney time and cannot be deferred without risking prejudice to those proceedings or violating court-ordered discovery requirements.

Compounding these discovery issues, Plaintiff's counsel is currently engaged in an intensive deposition schedule. Between now and February 16, 2026, Plaintiff's counsel is participating in five (5) depositions, all of which concern matters that cannot be postponed.

Further, Plaintiff's counsel is currently representing multiple incarcerated individuals in unrelated matters, including Pro Bono matters, which presents logistical challenges. Communication and scheduling are constrained by institutional restrictions, limited availability, and facility-imposed procedures, requiring counsel to remain responsive to clients' availability rather than engaging in collaborative coordination to ensure all discovery obligations are timely met.

Despite these competing obligations, Plaintiff's counsel has acted diligently and in good faith to advance discovery and comply with all applicable deadlines. The requested extension is narrowly tailored, limited in duration, and necessary to ensure compliance with professional obligations across multiple matters without compromising the progression of this case.

. . .

. . .

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864   Facsimile: (702) 383-0065

This request is not made for purposes of delay, but rather to ensure that the issues before the Court are presented in an orderly, complete, and efficient manner, consistent with the interests of justice and judicial economy.

**IT IS SO STIPULATED AND AGREED.**

DATED this 23rd day of January, 2026.          DATED this 23rd day of January, 2026.

**LAGOMARSINO LAW**                            **OFFICE OF THE ATTORNEY GENERAL**

*/s/ Maria A. Mencos, Esq.*                    */s/ Abigail L. Pace, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)    JESSICA E. WHELAN, ESQ. (#14781)
MARIA A. MENCOS, ESQ. (#17098)        ABIGAIL L. PACE, ESQ. (#15976)
3005 W. Horizon Ridge Pkwy., #241     1 State of Nevada Way, Ste. 100
Henderson, Nevada 89052               Las Vegas, Nevada 89119
Telephone: (702) 383-2864             Telephone: (702) 486-3420
*Attorneys for Plaintiff*             *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 26, 2026 _____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065