AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General – Litigation
Abigail L. Pace (Bar No. 15976)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3416 (fax)
jwhelan@ag.nv.gov
apace@ag.nv.gov

*Attorneys for Defendants*
*Christopher D. Day, Candace C.*
*Chambers, and Alizabeth L. Vasquez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN ODALE, and individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D. DAY, individually; CANDACE C. CHAMBERS, individually; ALIZABETH L. VASQUEZ, individually; DOE CORRECTIONAL OFFICERS I through X, individually;<br><br>Defendants. | Case No. 2:25-cv-01984-APG-NJK<br><br>JOINT STIPULATION AND ORDER TO EXTEND STATE DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS<br>(FIRST REQUEST) |

Plaintiff KAREN ODALE and Defendants CHRISTOPHER D. DAY, CANDACE C. CHAMBERS and ALIZABETH L. VASQUEZ, ("State Defendants") by and through the undersigned counsel, hereby stipulate and request that the Court extend State Defendants' deadline to file a Reply in support of their Motion to Dismiss by 14 days, until March 9, 2026. This request is made in good faith, and is not made for any improper purpose or to unnecessarily delay the proceeding.

1.    The parties have been actively engaged in this litigation since the Complaint was filed on October 16, 2025. (ECF No. 1).

2. State Defendants accepted service on November 12, 2025, and thereafter filed a motion to dismiss on January 12, 2026. (ECF Nos. 7–9; 15).

3. The parties stipulated to extend the deadline for Plaintiff's opposition, and the Court entered an order to that effect on January 26, 2026. (ECF Nos. 17–18).

4. Following the parties' early case conference, the Court entered a Scheduling Order on January 29, 2026. (ECF No. 19).

5. The granting of this extension will not affect the current deadlines, as this case is still in its infancy.

6. A fourteen-day extension to file a reply brief will not prejudice the parties or unduly delay the proceedings before the Court.

/ /

/ / /

/ / /

7. Based on the preceding considerations, the parties respectfully request that the Court grant the stipulation to extend the deadline for State Defendants to file a Reply in support of their Motion to Dismiss until March 9, 2026.

**IT IS SO STIPULATED.**

DATED this 23rd day of February, 2026      DATED this 23rd day of February, 2026.

**LAGOMARSINO LAW**                          **AARON D. FORD**
                                             **Attorney General**


By: */s/ Maria A. Mencos*                    By: */s/ Jessica E. Whelan*
    Andre M. Lagomarsino (Bar No.6711)           Jessica E. Whelan (Bar. No. 14781)
    Maria A. Mencos (Bar No. 17098)               Chief Deputy Solicitor General
    3005 W. Horizon Ridge Pkwy., #241           Abigail L. Pace (Bar No. 15976)
    Henderson, NV 89052                           Senior Deputy Attorney General
    aml@lagomarsinolaw.com                      1 State of Nevada Way, Suite 100
    maria@lagomarsinolaw.com                    Las Vegas, NV 89119
                                                jwhelan@ag.nv.gov
    *Attorney for Plaintiffs*                   apace@ag.nv.gov

                                             *Attorneys for State of Nevada on Relation of the Nevada Department of Corrections; and Jeremy Bean, individually*

**ORDER**

IT IS SO ORDERED:

Dated:   February 26, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE