**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAREN ODALE,

Plaintiff

v.

CHRISTOPHER D. DAY, et al.,

Defendants

Case No.: 2:25-cv-01984-APG-NJK

**Order Denying Motion to Dismiss as Moot**

[ECF No. 15]

In light of the first amended complaint (ECF No. 39),

I ORDER that the defendants' motion to dismiss **(ECF No. 15) is DENIED as moot** because it is directed at the original version of the complaint.

DATED this 20th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE