**Daniel D. Hoffman, Esq. (State Bar No. 16095)**
**COLLINS + COLLINS LLP**
**4730 S Fort Apache Rd, Ste 370**
**Las Vegas, NV 89147**
**T: (725) 258-3110 - FAX: (626) 243-1111**
**Email: dhoffman@ccllp.law**

Attorneys for Defendants
JOSHUA LEWIS and ULYSSES DATUIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN ODALE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D. DAY, individually; CANDACE C. CHAMBERS, individually; ALIZABETH L. VASQUEZ, individually; JOSHUA LEWIS, individually; DANIEL ADAMS, individually; BRADLEY KRATZ, individually; GABRIEL FENTANES, individually; ULYSSES DATUIN, individually;<br><br>Defendants. | CASE NO. 2:25-cv-01984-APG-NJK<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT ORDER**<br><br>**(FOURTH REQUEST[1] STIPULATED RESOLUTION OF ECF NO. 69)** |

Plaintiff Karen Odale, Defendants Joshua Lewis and Ulysses Datuin (the "Newly Named Defendants"), and the remaining Defendants (collectively, the "Original Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter the following order, pursuant to Federal Rules of Civil Procedure 16(b)(4), 26(c), and 29 and Local Rules IA 6-1 and 26-3. Concurrently with this stipulation, and in reliance on it, the Newly Named Defendants withdraw their Motion to Extend and Reopen Case-Management Deadlines (ECF

[1] This is the first request to modify this matter's case management order by Defendants Joshua Lewis and Ulysses Datuin



COLLINS + COLLINS LLP
4730 S Fort Apache Rd, Ste 370,
Las Vegas, NV 89147
T: (725) 258-3110
F: (626) 243-1111

No. 69) without prejudice, as set forth in Paragraph 12. This is the fourth request for relief from the scheduling order and the first request made by the Newly Added Defendants.

1. The Court entered its original Scheduling Order on January 29, 2026, and thereafter reset the case-management deadlines on April 6, 2026 (on Plaintiff's unopposed motion) and again on August 14, 2026 (on the original Defendants' motion). (Scheduling Order at 2; Order Granting Plaintiff's Motion to Extend Case Management Deadlines at 2; Order [Docket No. 47] at 2)

2. Under the operative schedule, the deadline to disclose initial experts was July 13, 2026; rebuttal expert disclosures are due September 10, 2026; the discovery cutoff is October 12, 2026; dispositive motions are due November 9, 2026; and the joint proposed pretrial order is due December 11, 2026. (Order Granting Plaintiff's Motion to Extend Case Management Deadlines at 2; Order [Docket No. 47] at 2; Order [Docket No. 47] at 2; Order [Docket No. 47] at 2; Order [Docket No. 47] at 2)

3. Plaintiff added Lewis and Datuin as Defendants by First Amended Complaint filed July 17, 2026, and served them on July 27, 2026 — after the July 13, 2026 initial-expert deadline had already passed. (Odale First Amended Complaint). The Office of the Attorney General accepted service on behalf of the Newly Added Defendants' and represented them until independent conflict counsel appeared on September 10, 2026. (Notice of Appearance for Lewis & Datuin)

4. Good cause exists to modify the schedule under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 26-3. (Fed. R. Civ. P. 16; D. Nev. LR 26-3) The Newly Added Defendants were not parties when the case-management deadlines were set and could not reasonably have met deadlines that expired before or immediately upon their entry into the case, including the initial-expert deadline. Because the initial-expert deadline has expired, and by the time the Court received this stipulation the supplemental expert deadline will have expired, the parties further stipulate that

COLLINS + COLLINS LLP
4730 S Fort Apache Rd, Ste 370,
Las Vegas, NV 89147
T: (725) 258-3110
F: (626) 243-1111

the Newly Added Defendants' failure to designate experts by that date was the result of excusable neglect, as they were not yet parties and had no counsel of record acting on their behalf. (D. Nev. LR IA 6-1; Fed. R. Civ. P. 6)

5. As required by Local Rule 26-3, the parties state: (a) the discovery completed to date consists of the parties' initial disclosures, written discovery exchanged among the original parties, the depositions of several original defendants, and Plaintiff's initial disclosure of experts and reports; (b) the discovery remaining to be completed includes the Newly Added Defendants' initial disclosures and written discovery, document review, fact-witness depositions, and expert designations and reports; and (c) the deadlines could not be met by the Newly Added Defendants because they were added and served after the initial-expert deadline had expired and entered the case on July 27, 2026. (D. Nev. LR 26-3)

6. This stipulation is not sought for purposes of delay, but to permit the Newly Added Defendants a fair opportunity to conduct discovery and to designate experts, and to promote resolution of this action on its merits.

NOW, THEREFORE, the parties stipulate and respectfully request that the Court reset the case-management deadlines, extended by 120 days, as follows:

7. The unexpired case-management deadlines are extended by 120 days to all parties.

8. The Newly Named Defendants may designate initial experts with respect to their own alleged conduct on or before December 18. Plaintiff may supplement her initial expert disclosures with respect to the Newly Named Defendants on or before December 18, 2026.

9. The Newly Named Defendants and Plaintiff may each serve rebuttal expert disclosures on or before January 19, 2027.

COLLINS + COLLINS LLP
4730 S Fort Apache Rd, Ste 370,
Las Vegas, NV 89147
T: (725) 258-3110
F: (626) 243-1111

10. Neither initial expert deadlines nor rebuttal expert deadlines will be extended for Defendants Christopher D. Day, Alizabeth Vasquez, Candace Chambers, Gabriel Fentanes, Bradley Kratz, and Daniel Adams.

11. The Newly Named Defendants will serve good-faith responses to the interrogatories and requests for production served August 5, 2026, on or before October 17, 2026 (30 days from today), with all objections and positions preserved on both sides.

12. Plaintiff's deposition, scheduled for September 23, 2026, shall proceed as scheduled and continue in a Volume II via Zoom, for whatever time remains of the 7 allowed hours to provide the Newly Named Defendants with an opportunity to depose her. Newly Named Defendants reserve the ability, but do not currently intend, to move for additional time based on good cause to examine Plaintiff. The currently noticed depositions of Mr. Lewis (September 18, 2026), and Mr. Datuin (September 29, 2026) are VACATED. Counsel will provide deposition availability for the three (3) depositions on or before October 1, 2026 (within 14 days), and the depositions will proceed on mutually agreeable dates on or before November 16, 2026 (within 60 days).

13. Discovery cutoff: February 9, 2027.

14. Dispositive motions: March 11, 2027.

15. Joint proposed pretrial order: April 12, 2027, or 30 days after resolution of any timely dispositive motions.

16. Any trial or trial-ready date shall be set or continued consistent with the foregoing deadlines.

17. In reliance on this stipulation, the Newly Named Defendants withdraw their Motion to Extend and Reopen Case-Management Deadlines (ECF No. 69) **without prejudice**. The

COLLINS + COLLINS LLP
4730 S Fort Apache Rd, Ste 370,
Las Vegas, NV 89147
T: (725) 258-3110
F: (626) 243-1111

withdrawal is without prejudice and does not waive the Newly Named Defendants' right to seek further modification of the case-management schedule.

**ORDER**

For good cause and excusable neglect, the Court **GRANTS** the parties' stipulation to modify case management deadlines. Docket No. 73. The Court **DENIES** Defendant's motion to extend as withdrawn. Docket No. 69.

Dated: September 22, 2026

UNITED STATES MAGISTRATE JUDGE

COLLINS + COLLINS LLP
4730 S Fort Apache Rd, Ste 370,
Las Vegas, NV 89147
T: (725) 258-3110
F: (626) 243-1111

Dated: September 18, 2026

LAGOMARSINO LAW

__/s/ *Maria A. Mencos*___________
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Maria A. Mencos, Esq.
Nevada Bar No. 17098
3005 West Horizon Ridge Pkwy
Suite 241
Henderson, Nevada 89052
*Attorneys for Plaintiff Karen Odale*

Dated: September 18, 2026

OFFICE OF THE NEVADA ATTORNEY GENERAL

__/s/ *Douglas R. Rands*______________
Douglas R. Rands, Esq.
Nevada Bar No. 3572
100 N. Carson Street
Carson City, NV 89701-4717
*Attorneys for Defendants Christopher D. Day, Candace C. Chambers, Alizabeth L. Vasquez, Bradley Kratz, Daniel Adams, and Gabriel Fentanes*

Dated: September 18, 2026

COLLINS + COLLINS LLP

__/s/ *Daniel D. Hoffman*___________
Daniel D. Hoffman, Esq.
Nevada Bar No. 16095
4730 S Fort Apache Rd, Ste 370
Las Vegas, NV 89147
*Attorneys for Defendants Joshua Lewis and Ulysses Datuin*