AARON D. FORD
Attorney General
Leslie M. Nino Piro (Bar No. 11672)
General Counsel
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
lninopiro@ag.nv.gov

*Attorneys for Defendants*
*Ulysses Dautin and Joshua Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN ODALE,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER D. DAY, et al.,<br><br>Defendants, | Case No. 2:25-cv-01984-APG-NJK<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND BE REMOVED FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), the undersigned attorney, Leslie M. Nino Piro, General Counsel of the Office of the Attorney General, hereby files this motion seeking to withdraw as counsel for Defendants Ulysses Dautin and Joshua Lewis and be removed from the CM/ECF service list based on the notice of appearance of Daniel Hoffman of Collins + Collins, LLP.

///

///

///

///

///

///

**MOTION**

NRS Chapter 41 instructs the Attorney General to provide for the defense of State employees in civil actions when certain conditions are met. Upon receiving Defendants Ulysses Dautin and Joshua Lewis' written request for a defense, General Counsel began making arrangements for private counsel to appear on their behalf. In the interim, General Counsel appeared on their behalf to ensure that the Court's deadlines were met. Daniel Hoffman of Collins + Collins, LLP, has now filed a notice of appearance, effectively substituting in as counsel for Dautin and Lewis. Thus, they will not be without counsel as this case proceeds. General Counsel has provided both verbal and written notice of the change in counsel to Dautin and Lewis as well as written notice to opposing counsel. A copy of this motion will also be served on Dautin and Lewis pursuant to LR IA 11-6(b).

Accordingly, General Counsel respectfully requests to be withdrawn as counsel for Defendants Ulysses Dautin and Joshua Lewis and be removed from the CM/ECF service list.

DATED this 10th day of September, 2026.

AARON D. FORD
Attorney General

By: */s/ Leslie M. Nino Piro*
Leslie M. Nino Piro (Bar No. 11672)
General Counsel
State of Nevada
Office of the Attorney General
*Attorneys for Ulysses Dautin and Joshua Lewis*

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record (ECF No. 68) is GRANTED.
2. The Clerk is instructed to remove Leslie M. Nino Piro from the CM/ECF service list.

Dated this 22 nd day of September, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on September 10, 2026, I filed the foregoing document via this Court's electronic filing system. Parties that are registered with this Court's EFS will be served electronically.

Andre M. Lagomarsino
Maria Mencos
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy
Suite 241
Henderson, NV 89052
aml@lagomarsinolaw.com
maria@lagomarsinolaw.com

*Attorneys for Plaintiff Karen Odale*

Daniel D. Hoffman
Collins & Collins, LLP
4730 S. Fort Apache Road, Suite 370
Las Vegas, NV 89147
dhoffman@ccllp.law

*Attorneys for Defendants Ulysses Dautin and Joshua Lewis*

Douglas R. Rands
100 N. Carson Street
Carson City, NV 89701
drands@ag.nv.gov

*Attorneys for Defendants Christopher D. Day, Candace C. Chambers, Alizabeth L. Vasquez, Bradley Kratz, Daniel Adams, and Gabriel Fentanes*

Defendant Ulysses Dautin

*served via email on file with the Office of Attorney General*

Defendant Joshua Lewis

*served via email on file with the Office of Attorney General*

*/s/ Yoon Lee*
An employee of the State of Nevada,
Office of the Attorney General